

leo@esca.legal  •  917-397-1384 x 109

September 12, 2024

*VIA ECF*

Honorable Jesse M. Furman
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 1105
New York, NY 10007

**RE:   Tushbaby, Inc. v. Jinjang Kangbersi Trade Co., Ltd. et al, No. 1:24-cv-6150-JMF**
  **Renewed Request to Preliminary Injunction Briefing and TRO**

Dear Judge Furman:

We are counsel to Plaintiff Tushbaby, Inc. ("Tushbaby") in the above-referenced case. This letter is being filed with reference to the motion to intervene filed by putative intervenors Guangzhou City Woma International Trade Co. Ltd. d/b/a Cogesu US ("Cogesu US") and Wenxi Wuyuan E-commerce Co., Ltd. d/b/a BogiWell Direct ("BogiWell Direct") (collectively, the "Intervenors"), who moved "to intervene as defendants in this case," (ECF No. 28), and in further reference to this Court's order that Plaintiff file "any opposition by noon on Tuesday, September 17, 2024." (ECF No. 29.)

After the Intervenors filed their motion to intervene, counsel for Plaintiff and the Intervenors met and conferred, and agreed that it would be appropriate to remove the Intervenors from the parallel Florida litigation captioned *Tushbaby, Inc. v. The Corporations, Limited Liability Companies, and Unincorporated Associations Identified on Schedule A*, No. 1:24-cv-20941 (S.D. Fla.) and add them as parties to this case. Indeed, the Intervenors form part of the same supply chain as Defendant Jinjang Kangbersi Trade. Co., Ltd. ("Jinjang") and Plaintiff has now learned that they share the same email address.[1]

Accordingly, yesterday, Plaintiff filed an amended complaint adding the Intervenors as defendants to this case, as well as one additional party, an unidentified individual or entity doing business as "baby-carrier" who is part of the same supply chain as the original Defendants. (ECF No. 30.)[2] Because the Intervenors are now named defendants, their motion to intervene is accordingly moot.

Additionally, as part of counsels' agreement to add the Intervenors as parties, counsel agreed to renew their request that the briefing schedule for the Order to Show Cause be pushed back, with a

---

[1] In the motion to intervene, the Intervenors represent that "[o]n September 6, Cogesu US received an email from Plaintiff's counsel regarding this case."(ECF No. 28, at 2.) The referenced email is the email that Plaintiff sent to Defendant Jinjang serving it with notice of the TRO, based on the email addresses that Defendant Jinjang had identified. (ECF No. 28-3.)

[2] This Amazon Seller, known under the name "baby-carrier" and "LESWEGO," was expressly identified in Plaintiff's supplemental papers in support of its application for a TRO as part of the same supply chain as Defendants, and has also been affected by the TRO currently in place. (ECF No. 14 ¶¶ 8-10; ECF No. 16, at 3.)



leo@esca.legal  •  917-397-1384 x 109

concomitant extension of the TRO, should the Court allow it. Accordingly, counsel for Plaintiff and now-Defendants Cogesu US and BogiWell Direct respectfully renew their joint request for an order *nunc pro tunc* extending the briefing schedule as follows, with an extension of the Temporary Restraining Order (consented to by adverse parties, Fed. R. Civ. P. 65(b)(2)) until Plaintiff may be heard on its Motion for Preliminary Injunction:

1. Defendants shall file any opposing papers on or before September 23, 2024
2. Plaintiff shall file any reply papers on or before September 27, 2024

We thank the Court for its time and attention to this matter.

                Respectfully,

                /s/ Leo M. Lichtman
                Leo M. Lichtman
                Partner

Application GRANTED.  In light of Plaintiff's amended complaint adding Cogesu US and BogiWell Direct as Defendants, *see* ECF No. 30, the motion to intervene is DENIED as moot.  *See* ECF No. 28.  The preliminary injunction hearing scheduled for September 18, 2024, is hereby ADJOURNED to **October 2, 2024, at 10:00 a.m.**  Defendants shall file any opposing papers no later than **September 23, 2024**.  Plaintiff shall file any reply papers no later than **September 27, 2024**.  The Temporary Restraining Order, *see* ECF No. 16, is hereby extended until **October 2, 2024**.  The Clerk of Court is directed to terminate ECF Nos. 28 and 31.

SO ORDERED.

September 17, 2024