UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
TUSHBABY, INC.,                                                         :
:
Plaintiff,                                :
:       24-CV-6150 (JMF)
-v-                                                    :
:               ORDER
JINJANG KANGBERSI TRADE CO, LTD. et al.,                                :
:
Defendants.                               :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       By separate Order entered today, the Court granted Plaintiff's motion for a preliminary injunction, for reasons to be explained in a forthcoming Opinion, as to Defendants Jinjang Kangbersi Trade Co., Ltd. a/k/a Jinjiang Kangbeisi Trading Co., Ltd. ("Jinjang"), Lecia Grego Denisha LLC ("Lecia"), Wenxi Wuyuan E-Commerce Co., Ltd. d/b/a BogiWell Direct ("BogiWell Direct"); Guanghzhou City Woma International Trade Co., Ltd. d/b/a Cogesu US ("Cogesu"), and John Doe 1 d/b/a baby-carrier ("baby-carrier"). *See* ECF No. 66.

       Plaintiff's proposed preliminary injunction order, *see* ECF No. 65, at 1, also included Defendant Dalian Kaolitew Business Information Co., Ltd d/b/a CozyOne Shop ("CozyOne Shop"), but CozyOne shop was only added as a Defendant in the Second Amended Complaint filed on October 14, 2021, *see* ECF No. 61, and thus has not had an opportunity to respond to the motion for a preliminary injunction. Accordingly, the Court declines to extend the preliminary injunction to CozyOne Shop at this time. *See* Fed. R. Civ. P. 65(a)(1) ("The court may issue a preliminary injunction only on notice to the adverse party.").

       Instead, the Court extends the substantive terms of the Temporary Restraining Order, *see* ECF No. 16, and extends its effectiveness as to CozyOne Shop through November 6, 2024. CozyOne Shop shall file any opposition to Plainitff's motion for a preliminary injunction as to it by **5 p.m.** on **November 1, 2024**. Absent any opposition filed by that deadline, the Preliminary Injunction Order will be extended to CozyOne Shop as unopposed and without further notice.

       No later than **October 24, 2024**, Plaintiff shall serve a copy of this Order, the Preliminary Injunction Order, the Second Amended Complaint, and all preliminary injunction motion papers on Defendant CozyOne Shop by email and file proof of such service on ECF.

       SO ORDERED.

Dated: October 23, 2024
       New York, New York
                                             JESSE M. FURMAN
                                             United States District Judge