UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
CASE NO. 24-cv-6150 (JMF)

TUSHBABY, INC.,

    Plaintiff,

v.

JINJANG KANGBERSI TRADE CO, LTD. et al,

    Defendants.
_____/

### NOTICE OF WITHDRAWING RULE 12 MOTION TO DISMISS

PLEASE TAKE NOTICE THAT the defendant, Dalian Kaolitew Business Information Co., Ltd., d/b/a CozyOne Shop, by and through its counsel undersigned, hereby withdraw the Rule 12 Motion to Dismiss [DE 73].

Date: 10/29/2024

Respectfully submitted,

*The Clerk of Court is directed to terminate ECF No. 73.*

*/s/ Jianyin Liu*
Jianyin Liu, Esq.
FBN: 1007675
The Law Offices of James Liu PLLC
15750 SW 92nd Ave Unti 20C,
Palmetto Bay, FL 33157
jamesliulaw@gmail.com;
jamesliu@jamesliulaw.com
Ph: (305) 209 6188

SO ORDERED.

October 30, 2024

### CERTIFICATE OF SERVICE