UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
TUSHBABY, INC.,                                                        :
:
                               Plaintiff,                               :                       24-CV-6150 (JMF)
:
                                      -v-                                         :                          ORDER
:
JINJANG KANGBERSI TRADE CO, LTD. et al.,                               :
:
                                Defendants.                 :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Having reviewed Defendant Dalian Kaolitew Business Information Co., Ltd d/b/a CozyOne Shop's ("CozyOne Shop") opposition to the motion for a preliminary injunction, *see* ECF No. 79, the Court hereby extends the substantive terms of the Preliminary Injunction Order, *see* ECF No. 66, and extends its effectiveness as to CozyOne Shop, substantially for the reasons stated in the Court's October 30, 2024 Opinion and Order. *See* ECF No. 78. The Court will separately enter an Amended Preliminary Injunction Order consistent with the foregoing.

       SO ORDERED.

Dated: October 31, 2024
       New York, New York                                                     JESSE M. FURMAN
                                                                               United States District Judge