UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TUSHBABY, INC.,

          Plaintiff,

-v-

JINJANG KANGBERSI TRADE CO. LTD., et al.,

          Defendants.

CIVIL ACTION NO.: 24 Civ. 6150 (JMF) (SLC)

**TELEPHONE CONFERENCE
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    This action has been referred to the undersigned for Settlement. (ECF No. 90). Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for **Tuesday, December 17, 2024 at 11:00 a.m.** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; phone conference ID: 885 451 762#, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

Dated:    New York, New York
            December 4, 2024

                                          SO ORDERED.

                                          _/s/ Sarah L. Cave_
                                          SARAH L. CAVE
                                          **United States Magistrate Judge**