UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
     :
TUSHBABY, INC.,      :
     :
                              Plaintiff,      :                 24-CV-6150 (JMF)
     :
             -v-      :                     ORDER
     :
JINJANG KANGBERSI TRADE CO, LTD. et al.,      :
     :
                       Defendants.      :
     :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        In light of Defendants' new motion to dismiss, *see* Docket No. 92, Defendants' earlier motion to dismiss filed at Docket No. 72 is hereby DENIED as moot. Given the holidays, Plaintiff shall file its opposition to the new motion to dismiss is by **January 3, 2025**. Defendants' reply, if any, is due by **January 10, 2025**.

        The Clerk of Court is directed to terminate Docket No. 72.

        SO ORDERED.

Dated: December 5, 2024                        _____
       New York, New York                       JESSE M. FURMAN
                                                             United States District Judge