UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
TUSHBABY, INC.,                                                    :
:
                      Plaintiff,                     :
:     24-CV-6150 (JMF)
        -v-                                                        :
:     ORDER
JINJANG KANGBERSI TRADE CO, LTD., et al.,                          :
:
                      Defendants.                    :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Given the holidays, Plaintiff shall file any opposition to the motion to vacate the preliminary injunction, *see* ECF No. 103, no later than **January 10, 2025**. Defendants' reply, if any, is due by **January 17, 2025**.

       In light of ECF No. 103, the Clerk of Court is directed to terminate ECF No. 101 (which the Court will disregard).

       SO ORDERED.

Dated: December 11, 2024
       New York, New York

                                                  JESSE M. FURMAN
                                     United States District Judge