

leo@esca.legal • 917-397-1384 x 109

March 4, 2025

**VIA EMAIL (cave_nysdchambers@nysd.uscourts.gov)**

Honorable Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1670
New York, NY 10007

RE:    Tushbaby, Inc. v. Jinjang Kangbersi Trade Co., Ltd. et al, No. 1:24-cv-6150-JMF

Dear Judge Cave:

I write on behalf of Plaintiff Tushbaby, Inc. ("Tushbaby"), together with counsel for Defendants Jinjiang Kangbeisi Trading Co., Ltd. ("Kangbeisi"), Wenxi Wuyuan E-Commerce Co., Ltd. d/b/a BogiWell Direct ("BogiWell"), and Guanghzhou City Woma International Trade Co. Ltd. d/b/a Cogesu US ("Cogesu") (collectively, the "Parties"), to jointly seek an adjournment of the settlement conference scheduled before Your Honor tomorrow, March 5, 2025, at 10:30 am.

The Parties apologize for the last-minute nature of this request, but are pleased to report that they are making it because they reached a settlement in principle earlier today.

We thank the Court for its time and attention to this matter.

> The Court congratulates the parties on reaching a settlement in principle. Accordingly, their request at ECF No. 123 is **GRANTED,** and the settlement conference set for March 5, 2025 (ECF No. 106) is **CANCELLED**.
>
> The Clerk of Court is respectfully directed to close ECF No. 123.
>
> SO ORDERED.    March 4, 2025
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

Respectfully,

/s/ Leo M. Lichtman
Leo M. Lichtman
Partner