UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 :
TUHSBABY, INC.,  :
 :
 Plaintiff,  :
 : 24-CV-6150 (JMF)
-v-  :
 : ORDER
DALIAN KAOLITE BUSINESS INFORMATION CO.,  :
LTD. d/b/a COZYONE SHOP et al.,  :
 :
 Defendants.  :
 :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    Plaintiff shall file a status letter no later than **May 12, 2025**, updating the Court on its progress in serving Defendant Dalian Kaolite Business Information Co., Ltd. and proposing a deadline by which service is to be completed.

    SO ORDERED.

Dated: May 5, 2025                         _____
      New York, New York                  JESSE M. FURMAN
                                        United States District Judge