UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
TUSHBABY, INC.,                                                      :
:
                Plaintiff,                                :
:
        -v-                                                    :        24-CV-6150 (JMF)
:
JINJANG KANGBERSI TRADE CO, LTD et al.,                              :        ORDER
:
                Defendants.                               :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Having been advised at ECF No. 128 that all claims asserted herein against Defendant Dalian Kaolite Business Information Co., Ltd. have been settled in principle, the Court directs the Clerk of Court to terminate that Defendant from this action, without prejudice to the right to reopen the action as to that Defendant **within sixty days** of the date of this Order if the settlement is not consummated. Unless and until the Court orders otherwise, however, the preliminary injunction entered at ECF No. 81 remains in effect.

      To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis. **Further, requests to extend the deadline to reopen are unlikely to be granted.**

      If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Paragraph 5.B of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

      **Finally, by no later than May 15, 2025, Plaintiff shall file a status letter informing the Court whether it intends to proceed with its claims against the remaining Defendants — Lecia Grego Denisha LLC and John Doe 1 d/b/a baby-carrier.** If so, Plaintiff shall provide a status update with respect to service on those Defendants and, to the extent that Rule 4(m) of the Federal Rules of Civil Procedure does not apply, propose a deadline by which service will be completed.

      SO ORDERED.

Dated: May 12, 2025
       New York, New York

                                                                   JESSE M. FURMAN
                                                    United States District Judge