# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TUSHBABY, INC., <br><br>  Plaintiff, <br><br> v. <br><br> JINJANG KANGBERSI TRADE CO, LTD.; LECIA GREGO DENISHA LLC; WENXI WUYUAN E-COMMERCE CO., LTD. D/B/A BOGIWELL DIRECT; GUANGZHOU CITY WOMA INTERNATIONAL TRADE CO., LTD D/B/A COGESU US; DALIAN KAOLITE BUSINESS INFORMATION CO., LTD. D/B/A COZYONE SHOP; and JOHN DOE 1 D/B/A BABY-CARRIER, <br><br>  Defendants. | Case No.: 1:24-cv-06150-JMF |

## [PROPOSED] ORDER TO RELEASE BOND

The Court, having DISMISSED THIS CAUSE on May 15, 2025, hereby **ORDERS**:

The Bond paid by Tushbaby, Inc. in the amount of $100,000.00, being held in the Court's registry, shall be returned and disbursed using the payee details provided to the Clerk's Office (AO_213P).

**DONE AND ORDERED** this 21st day of May, 2025.

_____
**HONORABLE JESSE M. FURMAN**
**UNITED STATES DISTRICT JUDGE**