UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TUSHBABY, INC., <br><br> Plaintiff, <br><br> v. <br><br> JINJANG KANGBERSI TRADE CO, LTD.; LECIA GREGO DENISHA LLC; WENXI WUYUAN E-COMMERCE CO., LTD. D/B/A BOGIWELL DIRECT; GUANGZHOU CITY WOMA INTERNATIONAL TRADE CO., LTD D/B/A COGESU US; DALIAN KAOLITE BUSINESS INFORMATION CO., LTD. D/B/A COZYONE SHOP; and JOHN DOE 1 D/B/A BABY-CARRIER, <br><br> Defendants. | Case No.: 1:24-cv-06150-JMF |

**[PROPOSED] AMENDED ORDER TO RELEASE BOND**

The Court, having DISMISSED THIS CAUSE on May 15, 2025, hereby **ORDERS**:

1. The bond paid by Tushbaby was $100,000.00;

2. The principal bond amount to be returned to Tushbaby, Inc. is $100,000.00, with zero interest;

3. The principal bond amount of $100,000.00 is held in the Registry of the Court; and

4. The principal amount of $100,000.00 shall be disbursed to ESCA Legal Client Trust account via EFT according to the payee details provided to the Clerk's Office on the AO-213P.

SO ORDERED.

May 28, 2025