UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TUSHBABY, INC.,<br><br>      Plaintiff,<br><br>      v.<br><br>JINJANG KANGBERSI TRADE CO, LTD.; LECIA GREGO DENISHA LLC; WENXI WUYUAN E-COMMERCE CO., LTD. D/B/A BOGIWELL DIRECT; GUANGZHOU CITY WOMA INTERNATIONAL TRADE CO., LTD D/B/A COGESU US; DALIAN KAOLITE BUSINESS INFORMATION CO., LTD. D/B/A COZYONE SHOP; and JOHN DOE 1 D/B/A BABY-CARRIER,<br><br>      Defendants. | Case No.: 1:24-cv-06150-JMF |

**[PROPOSED] ORDER TO RELEASE INITIAL BOND**

The Court, having DISMISSED THIS CAUSE on May 15, 2025, hereby **ORDERS**:

1. An initial bond paid by Tushbaby was $5,000.00;

2. The initial bond amount to be returned to Tushbaby, Inc. is $5,000.00, with zero interest;

3. The initial bond amount of $5,000.00 is held in the Registry of the Court; and

4. The initial bond amount of $5,000.00 shall be disbursed to ESCA Legal Client Trust account via EFT according to the payee details provided to the Clerk's Office on the AO-213P.

**SO ORDERED.**

*[signature]*

June 4, 2025